UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR679 HEA |
| | ) | |
| KATHERINE A. MOCK and | ) | |
| ELAIN KAY YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a status conference is set in this matter for Thursday, April 15, 2010, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 7th day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE