UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10CR679 HEA |
| KATHERINE A. MOCK and ELAIN KAY YOUNG, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a trial scheduling conference is set in this matter for Monday, April 12, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 7th day of April, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE